UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 4:08CR00673 ERW |
| MICHAEL NAPOLITANO, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Michael Napolitano's Motion to Extend Voluntary Surrender Date [doc. #109]. Counsel for the Government states no objection to this request.

**IT IS HEREBY ORDERED** that the Court extends the reporting date of Defendant Michael Napolitano from September 2, 2009, to **October 21, 2009**. Defendant Michael Napolitano shall surrender himself to the Bureau of Prisons' authorities at the Federal Medical Facility in Butner, North Carolina, no later than **1:00 p.m.** on said date.

So Ordered this 28th Day of August, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE